UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/09

---

DALE WATERS, *et al.*,

                Plaintiffs,

   -v-

GENERAL ELECTRIC COMPANY, *et al.*,

                Defendants.

---

No. 08 Civ. 8484 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Defendants' pre-motion letter, dated March 16, 2009, and Plaintiffs' response, dated March 24, 2009. The Court hereby schedules a pre-motion conference to be held on Wednesday, April 1, 2009 at 11:00 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York. Defendants' time to answer or otherwise respond to Plaintiffs' First Amended Class Action Complaint is extended until after the date of this conference.

SO ORDERED.

DATED:     March 24, 2009
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE