UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/09
```

DALE WATERS, *et al.*,

                Plaintiffs,

-v-

GENERAL ELECTRIC COMPANY, *et al.*,

                Defendants.

No. 08 Civ. 8484 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from Plaintiffs, dated November 20, 2009, requesting permission to file a second amended complaint. The request is granted. Defendants' motion to dismiss is denied without prejudice to renew after the filing of the second amended complaint. The Court hereby adopts the following briefing schedule:

      Plaintiffs shall file their second amended complaint no later than December 11, 2009.

      Defendants' motion to dismiss and accompanying memorandum of law, which is not to exceed thirty-five pages, shall be filed no later than January 15, 2010.

      Plaintiffs' opposition to Defendants' motion to dismiss, which is not to exceed thirty-five pages, shall be filed no later than February 12, 2010.

      Defendants' reply to Plaintiffs' opposition, which is not to exceed twenty pages, shall be filed no later than March 5, 2010.

The parties are reminded to adhere to my Individual Practices, Rule 2, regarding the provision of courtesy copies to chambers.

The Clerk of the Court is instructed to terminate the motion located at docket number 14.

SO ORDERED.

DATED:   November 30, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE